## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Leandra Jones          |          CHAPTER 13
      fka Leandra Pavlik
      Timothy P. Jones        |       BKY. NO. 19-22563 TPA

<u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of United Shore Financial Services, LLC d/b/a United Wholesale Mortgage and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com