**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy P. Jones | ) | Case No. 19-22563 |
| Leandra Jones, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| Timothy P. Jones | ) | |
| Leandra Jones, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

American Express
PO Box 981537
El Paso, TX 79998

Mt Lebanon School District
710 Washington Road
Pittsburgh, PA 15228

Mt. Lebanon Township
c/o Jordan Tax Service
102 Rahway Road
Canonsburg, PA 15317-3349

Mt. Lebanon Township
c/o Jordan Tax Service
710 Washington Road
Pittsburgh, PA 15228

By:

July 24, 2019             /s/ Christopher M. Frye
DATE                            Christopher M. Frye, Esquire
                                 Attorney for the Debtor(s)

                                 STEIDL & STEINBERG
                                 Suite 2830 – Gulf Tower
                                 707 Grant Street
                                 Pittsburgh, PA  15219
                                 (412) 391-8000
                                 chris.frye@steidl-steinberg.com
                                 PA I.D. No. 208402