| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Timothy P. Jones** | | Social Security number or ITIN   xxx–xx–9892 |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Leandra Jones** | | Social Security number or ITIN   xxx–xx–6190 |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | Date case filed for chapter   **13**   6/27/19 |
| Case number:   **19–22563–TPA** | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Timothy P. Jones | Leandra Jones |
| 2. | **All other names used in the last 8 years** | | fka Leandra Pavlik |
| 3. | **Address** | 11 Mt. Lebanon Blvd. Pittsburgh, PA 15228 | 11 Mt. Lebanon Blvd. Pittsburgh, PA 15228 |
| 4. | **Debtor's attorney** Name and address | Christopher M. Frye Steidl & Steinberg Suite 2830 Gulf Tower 707 Grant Street Pittsburgh, PA 15219 | Contact phone 412–391–8000  Email:  chris.frye@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566  Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 7/26/19 |

**For more information, see page 2**

Debtor **Timothy P. Jones**  and  **Leandra Jones**                                                                                   Case number **19–22563–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/25/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/5/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/24/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at <u>www.uscourts.gov</u> or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/26/19 at 01:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-22563-TPA
Timothy P. Jones                                                                Chapter 13
Leandra Jones
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2            Date Rcvd: Jul 26, 2019
                             Form ID: 309I            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db/jdb     +Timothy P. Jones,   Leandra Jones,   11 Mt. Lebanon Blvd.,   Pittsburgh, PA 15228-1834
aty        +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1945
tr         +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15077677    Jordan Tax Service,   7100 Baptist Road,   Bethel Park, PA 15102-3908
15092989   +Mt Lebanon School District,   710 Washington Road,   Pittsburgh, PA 15228-2018
15092991   +Mt. Lebanon Township,   c/o Jordan Tax Service,   710 Washington Road,
             Pittsburgh, PA 15228-2018
15092990    Mt. Lebanon Township,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
15079217   +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15077679   +Solarz A. Rebecca,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
15077681   +United Wholesale Mortgage,   PO Box 77404,   Ewing, NJ 08628-6404
15077682   +Voelker & Kairys, LLC,   310 Grant Street,   Pittsburgh, PA 15219-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: chris.frye@steidl-steinberg.com Jul 27 2019 02:43:38      Christopher M. Frye,
             Steidl & Steinberg,   Suite 2830 Gulf Tower,   707 Grant Street,   Pittsburgh, PA 15219
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2019 02:44:37      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 27 2019 02:44:50
             Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr         +E-mail/Text: kburkley@bernsteinlaw.com Jul 27 2019 02:45:12      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
cr         +EDI: PRA.COM Jul 27 2019 06:23:00      PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
15077668    EDI: GMACFS.COM Jul 27 2019 06:23:00      Ally Financial,   PO Box 9001951,
             Louisville, KY 40290-1951
15092988   +EDI: AMEREXPR.COM Jul 27 2019 06:28:00      American Express,   PO Box 981537,
             El Paso, TX 79998-1537
15087881    EDI: BECKLEE.COM Jul 27 2019 06:23:00      American Express National Bank,
             c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15077669    EDI: BANKAMER.COM Jul 27 2019 06:28:00      Bank of America,   4060 Ogeltown/Stanton Rd,
             Newark, DE 19713
15077671    EDI: CAPITALONE.COM Jul 27 2019 06:28:00      Capital One Bank, NA,   Po Box 85015,
             Richmond, VA 23285-5075
15077670    EDI: CAPITALONE.COM Jul 27 2019 06:28:00      Capital One,   PO Box 71083,
             Charlotte, NC 28272-1083
15085304    EDI: CAPITALONE.COM Jul 27 2019 06:28:00      Capital One Bank (USA), N.A.,
             by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
15077673   +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 27 2019 02:45:06      Credit Management,
             2121 Noblestown Road,   Pittsburgh, PA 15205-3956
15077674    EDI: DISCOVER.COM Jul 27 2019 06:28:00      Discover Bank,   PO Box 15316,
             Wilmington, DE 19850-5316
15083101    EDI: DISCOVER.COM Jul 27 2019 06:28:00      Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
15077675   +EDI: AMINFOFP.COM Jul 27 2019 06:23:00      First Premier Bank,   3820 N. Louise Avenue,
             Sioux Falls, SD 57107-0145
15077676    EDI: IRS.COM Jul 27 2019 06:28:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
15089665    EDI: RESURGENT.COM Jul 27 2019 06:28:00      LVNV Funding, LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
15077678    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2019 02:44:37
             Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
             Harrisburg, PA 17128-0946
15077680   +E-mail/Text: cwebb@unitedcommunityfcu.org Jul 27 2019 02:45:21      United Community FCU,
             6010 Mountain View Drive,   West Mifflin, PA 15122-2425
15077683    EDI: WFNNB.COM Jul 27 2019 06:28:00      Wayfair,   PO Box 659450,   San Antonio, TX 78265-9450
                                                                                          TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            United Shore Financial Services, LLC d/b/a United
15077672*     Capital One Po Box 71083,   Charlotte, NC 28272-1083
                                                                           TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2        User: aala              Page 2 of 2              Date Rcvd: Jul 26, 2019
                            Form ID: 309I           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
          Christopher M. Frye    on behalf of Joint Debtor Leandra  Jones chris.frye@steidl-steinberg.com,
              julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
              ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
              inberg.com
          Christopher M. Frye    on behalf of Debtor Timothy P. Jones chris.frye@steidl-steinberg.com,
              julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
              ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
              inberg.com
          James  Warmbrodt    on behalf of Creditor    United Shore Financial Services, LLC d/b/a United
              Wholesale Mortgage bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
              jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 6
```