IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Timothy P. Jones, | ) Case No. 19-22563TPA |
| Leandra Jones | ) Chapter 13 |
|    Debtors | ) |
| | ) Docket No. |
| | ) |
| | ) Hearing Date and Time |
| Timothy P. Jones, | ) September 25, 2019 at 10:00am |
| Leandra Jones | ) |
|    Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| LVNV Funding, LLC | ) |
| c/o Resurgent Capital Services | ) |
|    Respondent | ) |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 4

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 4 filed on July 29, 2019 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 4 appears thereon.  Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 4 were to be filed and served no later than August 28, 2019**.**

     It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 4 be entered by the Court.

                                  Respectfully submitted,

August 29, 2019                      /s/ Christopher M. Frye
Date                                       Christopher M. Frye, Esquire
                                            Attorney for the Debtor
                                            STEIDL & STEINBERG
                                            Suite 2830, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            Chris.frye@steidl-steinberg.com
                                            PA I.D. No. 208402