FILED
8/30/19 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Timothy P. Jones, ) | Case No. 19-22563 TPA |
| Leandra Jones ) | Chapter 13 |
|   Debtors ) | |
| ) | Docket No. 21 |
| ) | |
| ) | |
| Timothy P. Jones, ) | |
| Leandra Jones ) | |
|   Movant ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| LVNV Funding, LLC ) | |
| c/o Resurgent Capital Services ) | |
|   Respondent ) | |

## ORDER OF COURT

AND NOW, to wit, this ___30th___ day of _____August_____, 2019, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 4 is

stricken.

_____ J.
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy P. Jones  
Leandra Jones  
     Debtors

Case No. 19-22563-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Aug 30, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.  
db/jdb       +Timothy P. Jones, Leandra Jones, 11 Mt. Lebanon Blvd., Pittsburgh, PA 15228-1834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Christopher M. Frye    on behalf of Debtor Timothy P. Jones chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Christopher M. Frye    on behalf of Joint Debtor Leandra Jones chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Derek J Markle    on behalf of Creditor    United Community Federal Credit Union dmarkle@lenderlaw.com  
        James Warmbrodt    on behalf of Creditor    United Shore Financial Services, LLC d/b/a United Wholesale Mortgage bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor Committee    Municipality of Mt. Lebanon jhunt@grblaw.com, cnoroski@grblaw.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                           TOTAL: 9