IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Timothy P. Jones ) | Case No. 19-22563 TPA |
| Leandra Jones, ) | Chapter 13 |
| fka Leandra Pavlik, ) | |
|     Debtor(s) ) | Document No. WO-1 |
| ) | |
| ) | Related to Docket No. 41 |
| Timothy P. Jones, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 9892 ) | |
| ) | |
|     vs. ) | |
| ) | |
| Amazon Web Services and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 17, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Timothy P. Jones
11 Mt. Lebanon Blvd.
Pittsburgh, PA 15228

Amazon Web Services
Attn: Payroll
Attn: Amazon Payroll
202 Westlake Avenue N
Seattle, WA 98109

Date of Service: January 17, 2020

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402