Form RSC2 (Reschedule Conciliation/COD)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timothy P. Jones**
**Leandra Jones**
**fka Leandra Pavlik**
   Debtor(s)

Bankruptcy Case No.: 19–22563–TPA
Chapter: 13

## ORDER

   The conciliation or certificate of default to dismiss case hearing currently scheduled for **, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.**

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy P. Jones  
Leandra Jones  
    Debtors

Case No. 19-22563-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: llea      Page 1 of 2      Date Rcvd: Mar 20, 2020  
                 Form ID: RSCcon     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.

```
db/jdb         +Timothy P. Jones,   Leandra Jones,   11 Mt. Lebanon Blvd.,   Pittsburgh, PA 15228-1834
crcm           +Municipality of Mt. Lebanon,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA   15219,   UNITED STATES OF AMERICA 15219-6101
cr             +United Community Federal Credit Union,   c/o McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,   444 Liberty Avenu,   Pittsburgh, PA 15222-1225
15092988       +American Express,   PO Box 981537,   El Paso, TX 79998-1537
15087881        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
15077669        Bank of America,   4060 Ogeltown/Stanton Rd,   Newark, DE 19713
15100099       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
15077675       +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
15077677        Jordan Tax Service,   7100 Baptist Road,   Bethel Park, PA 15102-3908
15118220       +LoanCare, LLC,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
15092989       +Mt Lebanon School District,   710 Washington Road,   Pittsburgh, PA 15228-2018
15092990        Mt. Lebanon Township,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
15092991       +Mt. Lebanon Township,   c/o Jordan Tax Service,   710 Washington Road,
                 Pittsburgh, PA 15228-2018
15109455       +Municipality of Mt. Lebanon,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
15079217       +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15077679       +Solarz A. Rebecca,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
15099516       +United Community Federal Credit Union,   c/o McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,   444 Liberty Avenue,   Pittsburgh, PA 15222-1225
15077681       +United Wholesale Mortgage,   PO Box 77404,   Ewing, NJ 08628-6404
15077682       +Voelker & Kairys, LLC fka Voelker & Colton, LLC,   c/o Charles P. Voelker, Esq.,
                 310 Grant Street, Ste. 1220,   Pittsburgh, PA 15219-2262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:01      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:24
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15117439        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53      Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
15077668        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53      Ally Financial,
                 PO Box 9001951,   Louisville, KY 40290-1951
15077671        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:17:16      Capital One Bank, NA,
                 Po Box 85015,   Richmond, VA 23285-5075
15077670        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:18:11      Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
15085304        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:19:31
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
15077673       +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 21 2020 04:25:34      Credit Management,
                 2121 Noblestown Road,   Pittsburgh, PA 15205-3956
15077674        E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56      Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850-5316
15083101        E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15077676        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 21 2020 04:23:10      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
15089665        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:18:36      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15077678        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2020 04:24:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
                 Harrisburg, PA 17128-0946
15077680       +E-mail/Text: cwebb@unitedcommunityfcu.org Mar 21 2020 04:26:17      United Community FCU,
                 6010 Mountain View Drive,   West Mifflin, PA 15122-2425
15110566        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:33:24      Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
15077683        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2020 04:23:26      Wayfair,   PO Box 659450,
                 San Antonio, TX 78265-9450
                                                                                              TOTAL: 16
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              LoanCare, LLC
cr              United Shore Financial Services, LLC d/b/a United
```

```
District/off: 0315-2          User: llea              Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon        Total Noticed: 35

15077672*       Capital One Po Box 71083,   Charlotte, NC 28272-1083
                                                                            TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:

```
         Ann E. Swartz    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         Christopher M. Frye    on behalf of Debtor Timothy P. Jones chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         Christopher M. Frye    on behalf of Joint Debtor Leandra  Jones chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         Derek J Markle    on behalf of Creditor    United Community Federal Credit Union
          dmarkle@lenderlaw.com
         James Warmbrodt    on behalf of Creditor    United Shore Financial Services, LLC d/b/a United
          Wholesale Mortgage bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor Committee    Municipality of Mt. Lebanon jhunt@grblaw.com,
          cnoroski@grblaw.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```