Form RSC Conciliation (Reschedule Conciliation–COVID

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Timothy P. Jones** | : | Case No. 19−22563−TPA |
| **Leandra Jones** | : | |
| **fka Leandra Pavlik** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this *The 30th of March, 2020*, due to the COVID−19 virus pandemic, the conciliation conference scheduled for March 26, 2020 at 10:30 is ***RESCHEDULED*** to *6/11/20 at 01:00 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

cm: Debtor
    Debtor's Counsel
    Ch 13 Trustee

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22563-TPA
Timothy P. Jones                                                          Chapter 13
Leandra Jones
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lmar                    Page 1 of 1              Date Rcvd: Mar 30, 2020
                               Form ID: RSCcon2              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
jdb            +Leandra Jones,    11 Mt. Lebanon Blvd.,    Pittsburgh, PA 15228-1834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Christopher M. Frye    on behalf of Debtor Timothy P. Jones chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Leandra  Jones chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Derek J Markle    on behalf of Creditor    United Community Federal Credit Union
               dmarkle@lenderlaw.com
              James Warmbrodt    on behalf of Creditor    United Shore Financial Services, LLC d/b/a United
               Wholesale Mortgage bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor Committee    Municipality of Mt. Lebanon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9