IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy P. Jones | ) | Case No. 19-22563 TPA |
| Leandra Jones fka | ) | Chapter 13 |
| Leandra Pavlik | ) | |
| Debtor(s) | ) | Related Docket No. 55 & 59 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Timothy P. Jones | ) | Hearing Date and Time: |
| Leandra Jones fka | ) | November 13, 2020 at 10:30 AM |
| Leandra Pavlik | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LoanCare, LLC, | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE RE: CLAIM NO. 17 AND SCHEDULING ORDER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 11, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

LoanCare, LLC
Attn: David Worrell, CEO
3637 Sentara Way
Virginia Beach, VA 23452

LoanCare, LLC
c/o Ann E. Swartz
McCabe, Weisberg & Conway, LLC
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109

Served by CM/ECF: Ronda J, Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Date of Service: September 11, 2020    /s/Christopher M. Frye
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  208402
chris.frye@steidl-steinberg.com