Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timothy P. Jones**
**Leandra Jones**
**fka Leandra Pavlik**
  Debtor(s)

Bankruptcy Case No.: 19−22563−TPA
Related to Docket No. 65
Chapter: 13
Docket No.: 66 − 65
Concil. Conf.: 4/15/21 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 19, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 12, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/15/21** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 5, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee  
P.O. Box 84051  
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22563-TPA |
| Timothy P. Jones | Chapter 13 |
| Leandra Jones | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 1 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: 213 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy P. Jones, Leandra Jones, 11 Mt. Lebanon Blvd., Pittsburgh, PA 15228-1834 |
| crcm | + | Municipality of Mt. Lebanon, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | United Community Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenu, Pittsburgh, PA 15222-1225 |
| 15092988 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15087881 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15077669 | | Bank of America, 4060 Ogeltown/Stanton Rd, Newark, DE 19713 |
| 15100099 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15077675 | + | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15077677 | | Jordan Tax Service, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 15118220 | + | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15092989 | + | Mt Lebanon School District, 710 Washington Road, Pittsburgh, PA 15228-2018 |
| 15092990 | | Mt. Lebanon Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15092991 | + | Mt. Lebanon Township, c/o Jordan Tax Service, 710 Washington Road, Pittsburgh, PA 15228-2018 |
| 15109455 | + | Municipality of Mt. Lebanon, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15079217 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077679 | + | Solarz A. Rebecca, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15099516 | + | United Community Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15077681 | + | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15077682 | + | Voelker & Kairys, LLC fka Voelker & Colton, LLC, c/o Charles P. Voelker, Esq., 310 Grant Street, Ste. 1220, Pittsburgh, PA 15219-2262 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 06 2021 02:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 02:19:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15117439 | | Email/Text: ally@ebn.phinsolutions.com | Jan 06 2021 02:40:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15077668 | | Email/Text: ally@ebn.phinsolutions.com | Jan 06 2021 02:40:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 15077671 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 02:19:26 | Capital One Bank, NA, Po Box 85015, Richmond, VA 23285-5075 |
| 15077670 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 02:23:02 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15085304 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 02:15:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 19-22563-TPA   Doc 67   Filed 01/07/21   Entered 01/08/21 00:47:25   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 213 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15077673 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 06 2021 02:42:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15077674 | | Email/Text: mrdiscen@discover.com | Jan 06 2021 02:40:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 15083101 | | Email/Text: mrdiscen@discover.com | Jan 06 2021 02:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15077676 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2021 02:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15089665 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:19:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077678 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2021 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15077680 | + | Email/Text: cwebb@unitedcommunityfcu.org | Jan 06 2021 02:42:00 | United Community FCU, 6010 Mountain View Drive, West Mifflin, PA 15122-2425 |
| 15110566 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 02:16:12 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15077683 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2021 02:41:00 | Wayfair, PO Box 659450, San Antonio, TX 78265-9450 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanCare, LLC |
| cr | | United Shore Financial Services, LLC d/b/a United |
| 15077672 | * | Capital One Po Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 3 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: 213 | Total Noticed: 35 |

on behalf of Creditor United Shore Financial Services  LLC d/b/a United Wholesale Mortgage bnicholas@kmllawgroup.com

Christopher M. Frye

on behalf of Debtor Timothy P. Jones chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye

on behalf of Joint Debtor Leandra Jones chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Derek J Markle

on behalf of Creditor United Community Federal Credit Union dmarkle@lenderlaw.com

Jeffrey R. Hunt

on behalf of Creditor Committee Municipality of Mt. Lebanon jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9