Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Timothy P. Jones** | : | Case No. 19−22563−TPA |
| **Leandra Jones** | : | Chapter: 13 |
| **fka Leandra Pavlik** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Per Doc 65 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 6th of April, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22563-TPA |
| Timothy P. Jones | Chapter 13 |
| Leandra Jones | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lmar | Page 1 of 3 |
| Date Rcvd: Apr 06, 2021 | Form ID: 309 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy P. Jones, Leandra Jones, 11 Mt. Lebanon Blvd., Pittsburgh, PA 15228-1834 |
| crcm | + | Municipality of Mt. Lebanon, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | United Community Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenu, Pittsburgh, PA 15222-1225 |
| 15100099 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15077677 | | Jordan Tax Service, 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 15118220 | + | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15092989 | + | Mt Lebanon School District, 710 Washington Road, Pittsburgh, PA 15228-2018 |
| 15092990 | | Mt. Lebanon Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15092991 | + | Mt. Lebanon Township, c/o Jordan Tax Service, 710 Washington Road, Pittsburgh, PA 15228-2018 |
| 15109455 | + | Municipality of Mt. Lebanon, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15079217 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077679 | + | Solarz A. Rebecca, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15099516 | + | United Community Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15077681 | + | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 15077682 | + | Voelker & Kairys, LLC fka Voelker & Colton, LLC, c/o Charles P. Voelker, Esq., 310 Grant Street, Ste. 1220, Pittsburgh, PA 15219-2262 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 07 2021 04:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Apr 07 2021 03:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15117439 | | EDI: GMACFS.COM | Apr 07 2021 03:23:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15077668 | | EDI: GMACFS.COM | Apr 07 2021 03:23:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 15092988 | + | EDI: AMEREXPR.COM | Apr 07 2021 03:23:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15087881 | | EDI: BECKLEE.COM | Apr 07 2021 03:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15077669 | | EDI: BANKAMER.COM | Apr 07 2021 03:23:00 | Bank of America, 4060 Ogeltown/Stanton Rd, Newark, DE 19713 |
| 15077671 | | EDI: CAPITALONE.COM | Apr 07 2021 03:23:00 | Capital One Bank, NA, Po Box 85015, Richmond, VA 23285-5075 |
| 15077670 | | EDI: CAPITALONE.COM | Apr 07 2021 03:23:00 | Capital One, PO Box 71083, Charlotte, NC |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15085304 | | EDI: CAPITALONE.COM | Apr 07 2021 03:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077673 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 07 2021 04:46:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15077674 | | EDI: DISCOVER.COM | Apr 07 2021 03:23:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 15083101 | | EDI: DISCOVER.COM | Apr 07 2021 03:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15077675 | + | EDI: AMINFOFP.COM | Apr 07 2021 03:23:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15077676 | | EDI: IRS.COM | Apr 07 2021 03:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15089665 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2021 05:26:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077678 | | EDI: PENNDEPTREV | Apr 07 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15077678 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15077680 | + | Email/Text: cwebb@unitedcommunityfcu.org | Apr 07 2021 04:46:00 | United Community FCU, 6010 Mountain View Drive, West Mifflin, PA 15122-2425 |
| 15110566 | | EDI: AIS.COM | Apr 07 2021 03:28:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15077683 | | EDI: WFNNB.COM | Apr 07 2021 03:23:00 | Wayfair, PO Box 659450, San Antonio, TX 78265-9450 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanCare, LLC |
| cr | | United Shore Financial Services, LLC d/b/a United |
| 15077672 | * | Capital One Po Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021          Signature:          /s/Joseph Speetjens

Case 19-22563-TPA    Doc 70    Filed 04/08/21    Entered 04/09/21 00:43:08    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: lmar | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 06, 2021 | Form ID: 309 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor United Shore Financial Services LLC d/b/a United Wholesale Mortgage bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Timothy P. Jones chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Leandra Jones chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Derek J Markle | on behalf of Creditor United Community Federal Credit Union dmarkle@lenderlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Committee Municipality of Mt. Lebanon jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9