**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY P. JONES<br>LEANDRA JONES<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-22563 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 06/27/2019  and confirmed on 09/04/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,043.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,043.00 |
| | | |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 3,178.51 | |
| 　　Trustee Fee | 5,151.81 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,330.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　LOANCARE LLC<br>　　Acct: 7111 | 0.00 | 58,067.70 | 0.00 | 58,067.70 |
| 　MT LEBANON SD - REAL ESTATE TX<br>　　Acct: 0000 | 3,922.12 | 305.43 | 485.52 | 790.95 |
| 　MUNICIPALITY OF MT LEBANON (SWG)<br>　　Acct: A242 | 244.93 | 14.79 | 28.50 | 43.29 |
| 　MUNIC MT LEBANON-R/E TAX<br>　　Acct: 0000 | 771.97 | 59.90 | 95.79 | 155.69 |
| 　LOANCARE LLC<br>　　Acct: 7111 | 61,556.98 | 7,100.66 | 0.00 | 7,100.66 |
| 　MUNICIPALITY OF MT LEBANON (STORM V<br>　　Acct: A242 | 192.00 | 17.56 | 0.00 | 17.56 |
| 　MUNICIPALITY OF MT LEBANON (STORM V<br>　　Acct: A242 | 74.69 | 0.00 | 0.00 | 0.00 |
| 　MUNICIPALITY OF MT LEBANON (SWG)<br>　　Acct: A242 | 2.08 | 0.00 | 0.00 | 0.00 |
| 　ALLY BANK(*)<br>　　Acct: 2123 | 0.00 | 9,006.85 | 0.00 | 9,006.85 |

Case 19-22563-TPA    Doc 71    Filed 05/03/21    Entered 05/03/21 13:51:49    Desc Main
Document    Page 2 of 3

| 19-22563 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| UNITED COMMUNITY FCU** <br> Acct: 2384 | 12,734.57 | 11,159.65 | 370.33 | 11,529.98 |
| | | | | 86,712.68 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TIMOTHY P. JONES <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG <br> Acct: | 3,400.00 | 3,178.51 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 9892 | 1,876.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 9892 | 348.24 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK <br> Acct: 1007 | 1,400.90 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ORION <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA** <br> Acct: 9606 | 11,895.42 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC. <br> Acct: 2504 | 3,760.83 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC <br> Acct: 4140 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC. <br> Acct: 8850 | 1,079.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*) <br> Acct: 5294 | 23,502.93 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK <br> Acct: 3036 | 0.00 | 0.00 | 0.00 | 0.00 |
| VOEKLER AND KAIRYS LLC <br> Acct: 7591 | 4,828.50 | 0.00 | 0.00 | 0.00 |
| WAYFAIR <br> Acct: 7248 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 9892 | 764.69 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC. <br> Acct: 6884 | 995.20 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 6190 | 1,718.81 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS <br> Acct: 0001 | 380.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS <br> Acct: 0001 | 59.04 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCGRATH MCCALL PC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAUREN M MOYER ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-22563 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 86,712.68 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 2,224.24 | |
| SECURED | 79,499.34 | |
| UNSECURED | 50.385.32 | |

Date: 05/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com